UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD WEBBER,<br><br>Defendant. | No. CR-13-00662-RS<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The defendant, Howard Webber, came before the Court for a status hearing on February 4, 2014. At that hearing, the case was scheduled for a hearing on motions on March 18, 2014, and defendant's motion is to be filed on February 25, 2014.

The parties agreed, and the Court found, that the time between February 4, 2014, and February 25, 2014, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv). The parties represent and this Court found that this delay is necessary to allow counsel for the Defendants to effectively review discovery documents and for effective preparation for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

For the foregoing reasons, and as stated on the record at the hearing on February 4, 2014, the Court HEREBY ORDERS the period between February 4, 2014 and February 25, 2014, is properly

1 excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i)
2 and (h)(7)(B)(iv).  The Court finds that the failure to grant the requested continuance would
3 unreasonably deny defense counsel reasonable time necessary for effective preparation, including the
4 review of discovery, and for continuity of counsel.  The Court finds that the ends of justice served by
5 granting the requested continuance outweigh the best interest of the public and the defendant in a speedy
6 trial and in the prompt disposition of criminal cases.

7     IT IS SO ORDERED

9 DATED: 2/12/14

                                   RICHARD SEEBORG
                                   UNITED STATES DISTRICT JUDGE