1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant WEBBER

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   No. CR 13-662 RS
                                     )
11       Plaintiff,                  )
                                     )   STIPULATION and [PROPOSED]
12       v.                          )   ORDER TO ALTER BRIEFING
                                     )   SCHEDULE ON DEFENDANT'S
13  HOWARD WEBBER,                   )   PRETRIAL MOTIONS
                                     )
14       Defendant.                  )   Date: March 18, 2014
                                     )   Time: 2:30 p.m.
15                                   )   Court: The Honorable Richard Seeborg
    _____ )
16

17       Undersigned counsel stipulate as follows:

18       1.    Defense counsel needs additional time to research and present the motion to

19             dismiss currently scheduled for hearing on March 18, 2014, due to unexpected

20             unavailability;

21       2.    The government has no opposition to the request for additional time;

22       3.    Accordingly, the parties stipulate that the briefing schedule for defendant's

23             pretrial motions should be continued by two weeks, as follows:

24       4.    Opening Brief Due: March 11, 2014

25       5.    Response Due: March 25, 2014

26       6.    Replies Due: April 1, 2014

27       7.    Hearing: April 9, 2014 at 2:30 p.m.

28       8.    The parties further agree that the hearing date of March 18, 2014 shall be moved

               to April 9, 2014 at 2:30 p.m.

*Webber*, CR 13-662 RS
STIP BRIEFING SCHEDULE.

9.      The parties also submit and agree that an exclusion of time under the Speedy Trial Act is needed for the entire period of time between today February 26, 2014 and March 11, 2014.  The parties agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

DATED:      February 27, 2014                    _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender

DATED:      February 27, 2014                    _____/S/_____

CYNTHIA STIER
Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the briefing schedule suggested by the parties in the aforementioned stipulation is hereby adopted by this Court.  The hearing date of March 18, 2014  shall be moved to April 9, 2014 at 2:30p.m.  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.   Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: __2/27/14_____                    _____

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE