IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD WEBBER,<br><br>Defendant. | Case No.: CR 13–662 RS<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING BRIEFING SCHEDULE AND RULE 29/33 MOTIONS HEARING** |

Defense briefs regarding their Rule 29 and Rule 33 motions are currently due today, February 7, 2017. Counsel for the defendant represents in this stipulated order that defense counsel needs additional time in order to complete these briefs. The defense accordingly requests that her briefs will be filed on February 21, 2017.  The government will have until March 14 to respond, and a reply brief will be due on March 21, 2017.  A hearing would occur on April 4, 2017.

The government has no objection to this proposed continuance.

Therefore, for good cause shown the deadline for Rule 29/33 briefs shall be moved from February 7, 2017 to February 21, 2017. The government shall respond on or before March 14, 2017.  A reply brief shall be due on or before March 21, 2017.  A hearing will be scheduled for April 4, 2017.

//

//

//

//

IT IS SO ORDERED.

__2/7/17___
Dated

RICHARD SEEBORG
United States District Judge

IT IS SO STIPULATED.

__February 7, 2017__
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

_____/S_____
WILL FRENTZEN
Assistant United States Attorney

__February 7, 2017__
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
ELIZABETH FALK
Assistant Federal Public Defender