BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 22421)
Assistant United States Attorney

GREGORY BERNSTEIN (CABN 299204)
ARTHUR J. EWENCZYK (NYBN 5263785)
Trial Attorneys
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (202) 305-5202
    Fax: (415) 436-7009
    gregory.d.bernstein@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-662 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: HEARING SCHEDULE** |
| v. | |
| HOWARD WEBBER, | |
| Defendant. | |

**I.    STIPULATION**

The parties in this case agree and jointly request the Court continue the hearings as to both Howard Webber's sentencing and Howard Webber's motions under Rules 29 and 33 to Tuesday, May 23, 2017. Both hearings are currently scheduled for Tuesday, May 16, 2017.

*UNITED STATES V. WEBBER, CR 13-662 RS*
STIPULATION AND [PROPOSED] ORDER RE: HEARING SCHEDULE

| | | | |
|---|---|---|---|
| DATED: | May 8, 2017 | s/ *Arthur J. Ewenczyk* | |
| | | ARTHUR J. EWENCZYK | |
| | | Trial Attorney | |
| | | United States Department of Justice | |

DATED: May 8, 2017  *s/ Elizabeth Falk*
ELIZABETH FALK
Attorney for Howard Webber

**[~~PROPOSED~~] ORDER**

The Court hereby continues the hearing in this case regarding Howard Webber's sentencing and his motions under Rules 29 and 33 to May 23, 2017, pursuant to the parties' stipulation.

IT IS SO ORDERED.

DATED: 5/8/17

_____
HON. RICHARD SEEBORG
United States District Judge